From: Troy D Claiborne #1190331

RED ONION STATE PRISON

P.O. Box 1900

POUND, VA. 24279

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

NOV 1 7 2025

LAURA A. AUSTIN, CLERK
BY: M. Poff
DEPUTY CLERK

To: Joanna Ragon, A.4G, VSB# 82545

OFFICE of THE ATTORNEY GENERAL

CRIMINAL JUSTICE & PUBLIC SAFETY DIV.

202 NORTH 9TH STREET

RICHMOND, VA. 23219

Dear Mrs Ragon,

I AM WRITING IN REGARDS TO THE PLAINTIFF'S FIRST PRODUCTION REQUEST FOR THE CLAIBORNE V. DOTSON ET AL. CASE (CIVIL ACTION NO. 7:25cv384, UPON PROVIDING COPIES OR MAKING AVAILABLE FOR INSPECTION AND/OR COPYING, ANY AND ALL DOCUMENTS, PHOTOS, RECORDINGS OR TANGIBLE THINGS PERTAINING TO THE FACTS ALLEGED IN PLAINTIFF'S COMPLAINT AND DEFENSE'S FACTUAL ASSERTIONS IN DEFENDANT'S ANSWER, IN REGARDS TO PRODUCTION REQUEST NO. 12, THERE WAS A FAILURE TO HAND OVER FOR INSPECTION THE HAND-HELD CAMERA FOOTAGE (HAND-HELD VIDEO CAMERA VC-97 VIDEO # ROSP06212024_1190331-1.) THAT RECORDED THE INCIDENT IN IT'S ENTIRETY. PLEASE SEE TO IT THAT THIS RECORDING IS EITHER HANDED

OVER OR ALLOWED TO BE INSPECTED BY THE PLAINTIFF, AS IT IS PERTINENT TO DISCLOSING THE FACTS OF THIS CASE. I WOULD ALSO ASK IN CLEARER REGARDS FOR DOCUMENTS RELEVANT TO PAST MISTREATMENT OF INMATES BY DEFENDANTS MASSINGILL, BEGLEY, TAYLOR, & ELDRIDGE SPECIFICALLY AND ANY MEMORANDA, INVESTIGATIVE FILES OR OTHER DOCUMENTS CREATED IN RESPONSE TO SUCH DOCUMENTS SINCE JUNE 21, 2024. I'M EXTENDING THE COURTESY OF REACHING OUT TO YOUR OFFICE PERSONALLY BEFORE ENTERING A MOTION TO COMPELL, IN HOPES A REASONABLE COMPROMISE CAN BE REACH. PLEASE SEE TO IT THAT YOU REPLY OR THAT THESE ITEMS ARE AT MY DISPOSAL TO INSPECT AT A TIME MATTER.

RESPECTFULLY,

TROY D CLAIBORNE #1190331
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VIRGINIA. 24279

DATE: OCT. 2, 2025

I certify that the above notary is not a party to this action.

TROY CLAIBORNE
Inmate Signature

DAVID GARDNER
NOTARY
PUBLIC
REG. #00276199
MY COMMISSION
EXPIRES
3/31/2028
COMMONWEALTH OF VIRGINIA

11-10-25

CERTIFICATE OF SERVICE

I, TROY D. CLAIBORNE, HEREBY CERTIFY THAT I HAVE CAUSED TO BE SERVED TO THE BELOW NAMED TRUE AND CORRECT COPIES OF THE FOREGOING DOCUMENT VIA THE RED ONION STATE PRISON MAIL SERVICE AND THE U.S. POSTAL SERVICE.

JOANNA KAGON, AAG, VSB #82545
OFFICE OF THE ATTORNEY GENERAL
CRIMINAL JUSTICE & PUBLIC SAFETY
202 NORTH 9TH STREET
RICHMOND, VIRGINIA. 23219

Troy Claiborn

TROY D. CLAIBORNE #1190331

TROY CLAIBORNE #1190331
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VA. 24279



RECEIVED

NOV 17 2025

USDC Clerk's Office
Mail Room
RECEIVED
DATE

NOV 12 2025

MAILROOM

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

U.S. DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN RD., RM. 540
ROANOKE, VA. 24011



RECEIVED
DATE

NOV 07 2025

MAILROOM

24011-220840